## Certificate of Service

    I hereby certify that on July 2, 2015, I electronically filed the foregoing **Notice of Appearance** with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                    /s/ John D. Winter
                                                    John D. Winter

6407273v.1