BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: POWER MORCELLATOR LITIGATION | MDL NO. 2652 |

**LOCAL RULE 4.1 NOTICE OF APPEARANCE COUNSEL FOR DEFENDANTS
KARL STORZ ENDOSCOPY-AMERICA, INC. AND KARL STORZ GMBH & CO., KG**

In compliance with Rule 4.1(c), the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of defendants KARL STORZ Endoscopy-America, Inc. and KARL STORZ GmbH & Co., KG in the cases identified in the attached Schedule A.[1]

I am aware that only one attorney can be designated for each party.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

By: */s/ Robert W. Goodson*
Robert W. Goodson
700 11th Street, NW, Suite 400
Washington, D.C. 20001
robert.goodson@wilsonelser.com
202.626.7660 (Main)
202.628.3606 (Fax)

*Attorney for KARL STORZ Endoscopy-America, Inc. and KARL STORZ GmbH & Co., KG*

---

[1] By filing this notice of appearance and any other pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation, defendant KARL STORZ GmbH & Co., KG does not intend to waive any jurisdictional defenses it may have in any pending or future cases.

814299v.1

# SCHEDULE A

## *On Behalf of KARL STORZ Endoscopy-America, Inc.*

1. *Bridget Caradori, et al. v. KARL STORZ Endoscopy-America, Inc., et al.*, Case No. 8:14-cv-03198, United States District Court for the District of Maryland;

2. *Linda S. Bobletz v. KARL STORZ Endoscopy-America, Inc., et al.*, Case No. 3:14-cv-01024, United States District Court for the Northern District of New York;

3. *Romona Yvette Gourdine, et al. v. KARL STORZ Endoscopy-America, Inc., et al.*, Case No. 2:14-cv-04839, United States District Court for the District of South Carolina;

4. *Michael Watkins, et al. v. KARL STORZ Endoscopy-America, Inc., et al.*, Case No. 3:15-cv-01585, United States District Court for the District of South Carolina; and

5. *Robyn L. Barnett, et al. v. KARL STORZ Endoscopy-America, Inc., et al.*, Case No. 3:15-cv-00242, United States District Court for the Western District of Wisconsin.

## *On Behalf of KARL STORZ GmbH & Co., KG*

1. *Bridget Caradori, et al. v. KARL STORZ Endoscopy-America, Inc., et al.*, Case No. 8:14-cv-03198, United States District Court for the District of Maryland.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing **Notice of Appearance** was electronically filed and served via CM/ECF this 6th day of July, 2015 on all counsel of record.

                              */s/ Robert W. Goodson*
                              Robert W. Goodson