BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: POWER MORCELLATOR LITIGATION | ) ) ) | MDL No. 2652 |

# CERTIFICATE OF SERVICE

I hereby certify that I today caused the Notice of Appearance on Behalf of Gyrus ACMI, LP and Gyrus ACMI, LLC to be served upon counsel for all parties by the court's CM/ECF system.

This 9th day of July, 2015.

_____/s/_Michael Weiss_____

Michael Weiss